**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

VERNON SIMPSON,

    Plaintiff,

v.                                                      CASE NO. 2:10-CV-730-CEH-DNF

CENTRAL CREDIT SERVICES, INC.,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, VERNON SIMPSON, and Defendant, CENTRAL CREDIT SERVICES, INC, stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff, VERNON SIMPSON, against Defendant, CENTRAL CREDIT SERVICES, INC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: August 24, 2011                        RESPECTFULLY SUBMITTED,

                                                           By:  /s/ Shireen Hormozdi
                                                           Shireen Hormozdi
                                                           Krohn & Moss, Ltd
                                                           10474 Santa Monica Blvd.
                                                           Suite 401
                                                           Los Angeles, CA 90025
                                                           Phone: (323) 988-2400 ext. 267
                                                           Fax:    (866) 802-0021
                                                           Attorney for Plaintiff
                                                           FBN: 0882461

Dated:  August 24, 2011

                          RESPECTFULLY SUBMITTED,

                          By: /s/ Dayle M. Van Hoose
                          Dayle M. Van Hoose, Esq.
                          Florida Bar No.: 0016277
                          SESSIONS, FISHMAN, NATHAN, &
                          ISRAEL, L.L.C.
                          3350 Buschwood Park Drive, Suite 195
                          Tampa, Florida 33618
                          Telephone: (813) 890-2463
                          Facsimile: (866) 466-3140
                          dvanhoose@sessions-law.biz
                          Attorneys for Defendant,
                          Central Credit Services, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System.  A copy was electronically submitted by electronic mail to the following:

    Dayle Van Hoose, Attorney
    Sessions, Fishman, Nathan & Israel, L.L.C.
    dvanhoose@sessions-law.biz

    By:  /s/ Shireen Hormozdi
    Shireen Hormozdi
    Attorney for Plaintiff