**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

VERNON SIMPSON,
     Plaintiff,

v.                                CASE NO: 2:10-CV-730-FTM-36-DNF

CENTRAL CREDIT SERVICES, INC.,
     Defendant.

_____/

## O R D E R

Before the Court is the Stipulation of Dismissal With Prejudice (Doc. 19).  In accord

with the Stipulation of Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1)     The Stipulation of Dismissal is APPROVED (Doc. 19).

2)     This cause is dismissed, with prejudice.

3)     The Clerk is directed  to enter judgment accordingly.

     **DONE AND ORDERED** at Fort Myers, Florida, on August 24, 2011.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record